R. F. CAROTHERS v. J. T. ROBISON, COMMISSIONER OF GENERAL LAND
OFFICE.

No. 2395.  Decided November 27, 1912.

Constitutional Law—Case Followed.

The statute reserving to the State the right to minerals in school land
sold as agricultural or grazing lands (Revised Statutes, art. 3498n) is not
unconstitutional.  Article 14, section 7, of the Constitution applies only to
titles created previous to its adoption.  Cox v. Robison, 105 Texas, 426, followed.

Original application by Carothers to the Supreme Court for writ
of mandamus against the Commissioner of the General Land Office.

*Ross & Hubbard*, for relator.

*Jewel P. Lightfoot*, Attorney-General, and *John L. Terrell*, Assist-
ant, for respondent.

MR. JUSTICE PHILLIPS delivered the opinion of the court.

The right of the relator in this case to the writ of mandamus
applied for, is based upon the unconstitutionality of Article 3498n
of the Revised Statutes of 1895.  The case is disposed of by our
holding in Cox. v. Robison, decided this day, to the opinion in which
reference is made.  The mandamus is refused.

*Mandamus refused.*